```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 23029
    PAMELA L GRAY
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY

          Debtor
    SSN XXX-XX-5913


--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 12/07/2007 and was confirmed 02/07/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was converted to chapter 7 after confirmation 01/14/2009.
--------------------------------------------------------------------------------
CREDITOR NAME             CLASS           CLAIM AMOUNT      INTEREST         PRINCIPAL
                                                             PAID             PAID
--------------------------------------------------------------------------------
COOK COUNTY TREASURER    SECURED             4022.06           .00            90.00
HSBC MORTGAGE SVCS       CURRENT MORTG          .00            .00              .00
HSBC MORTGAGE SVCS       MORTGAGE ARRE          .00            .00              .00
INTERNAL REVENUE SERVICE PRIORITY             598.90           .00              .00
ROUNDUP FUNDING LLC      UNSECURED            999.84           .00              .00
FIRST PREMIER            UNSECURED         NOT FILED           .00              .00
CASHCALL INC             UNSECURED         NOT FILED           .00              .00
CITY OF CHICAGO PARKING  UNSECURED            290.00           .00              .00
WOW INTERNET & CABLE SER UNSECURED         NOT FILED           .00              .00
EMERGENCY CARE PHYSICIAN UNSECURED         NOT FILED           .00              .00
SULLIVAN URGENT AID      UNSECURED         NOT FILED           .00              .00
GREAT AMERICAN FINANCE   UNSECURED         NOT FILED           .00              .00
GREAT AMERICAN FINANCE   UNSECURED            385.02           .00              .00
INGALLS MEMORIAL HOSPITA UNSECURED         NOT FILED           .00              .00
LARABIDA CHILDRENS HOPIT UNSECURED         NOT FILED           .00              .00
ARONSON FURNITURE        UNSECURED         NOT FILED           .00              .00
NICOR GAS                UNSECURED         NOT FILED           .00              .00
INGALLS HOSPITAL         UNSECURED         NOT FILED           .00              .00
PERMA SEAL               UNSECURED           1367.00           .00              .00
MICHAEL REESE HOSPITAL   UNSECURED         NOT FILED           .00              .00
ISAC                     UNSECURED          37485.14           .00              .00
SALLIE MAE INC           UNSECURED           6146.89           .00              .00
SALLIE MAE INC           UNSECURED           4250.00           .00              .00
LITTLE COMPANY OF MARY   UNSECURED         NOT FILED           .00              .00
SEVENTH AVENUE           UNSECURED         NOT FILED           .00              .00
PORTFOLIO RECOVERY ASSOC UNSECURED           1153.94           .00              .00
INTERNAL REVENUE SERVICE UNSECURED              3.53           .00              .00
MONTEREY FINANCIAL       UNSECURED            895.31           .00              .00
PORTFOLIO RECOVERY ASSOC UNSECURED           1308.04           .00              .00
JEFFERSON CAPITAL SYSTEM UNSECURED           1073.88           .00              .00
ROBERT J SEMRAD & ASSOC  DEBTOR ATTY        3,481.50                         1,032.40
TOM VAUGHN               TRUSTEE                                                97.60

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 07 B 23029 PAMELA L GRAY
```

```
DEBTOR REFUND            REFUND                                               .00

      Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                          RECEIPTS          DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                   1,220.00

PRIORITY                                             .00
SECURED                                            90.00
UNSECURED                                            .00
ADMINISTRATIVE                                  1,032.40
TRUSTEE COMPENSATION                               97.60
DEBTOR REFUND                                        .00
                        ---------------     ---------------
TOTALS                    1,220.00              1,220.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


     Dated: 03/17/09                    /s/ Tom Vaughn
                                        _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE


                              PAGE   2
        CASE NO. 07 B 23029 PAMELA L GRAY